FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 05, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREA GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>DEREK THOMPSON, DMD License #DE00009229, THOMPSON DMD, FERGUSON DDS, PPLC, DBA Affordable Oral Surgery, Primary business name Affordable Dental Care, NPI #1104980283, a Washington Corporation, Washington State UBI #603-122-377, DAVID ROBERTS, DDS, Licenseb#DE60870688, an associate dentist employed by Thompson Ferguson, PLLC., a Washington Corporation, STEPHANIE LEE, License #DE60972402, an associate dentist employed by Thompson Ferguson, PLLC., a Washington Corporation, OTHELLO FAMILY DENTAL CENTER (140 East Main – Othello, WA 99344, Washington, NPI# 1891913042, JI CHOI – A dentist formerly employed by Aleta Cheek, DDS, | No. 4:23-CV-05030-SAB<br><br>**ORDER SUBSTITUTING PARTIES FOR UNITED STATES; GRANTING MOTION TO DISMISS UNITED STATES; REMANDING ACTION** |

**ORDER SUBSTITUTING PARTIES FOR UNITED STATES; GRANTING MOTION TO DISMISS UNITED STATES; REMANDING ACTION** ~ 1

License #DE00008338, an associate dentist employed by OTHELLO FAMILY DENTAL CENTER, DONALD SCHRACK, DDS, License #DE60752170, an associate dentist employed by Yakima Family Dental NPI #170618925; LBN – DEREK THOMPSON DMD, PATRICK FERGUSON DDS PLLC, COLUMBIA BASIN HEALTH ASSOCIATION, a Washington Non-Profit Corporation, UBI #600 141 835, NPI #1417116385.

        Defendants.

      Before the Court are Plaintiff's Motion to Dismiss Claim Against Defendant HHS, ECF No. 4; Plaintiff's Motion for Remand, ECF No. 5; the United States' Notice of Substitution of United States for Federal Defendants Columbia Basin Health Association (CBHA); Dr. Ji Choi, DDS; and Dr. Aleta Cheek, DDS, under 42 U.S.C. 233 (Federally supported health Centers Assistance Act FSHCCA) and 28 U.S.C. § 2679, ECF Nos. 8, 13; the United States' Motion to Dismiss for Lack of Jurisdiction, ECF No. 9, and the United States' Motion for Summary Judgment, ECF No. 12. The motions were heard without oral argument.

      Plaintiff is represented by Jarrod Hays; Defendants Derek Thompson, Thompson DMD Ferguson DDS PPLC, and David Roberts are represented by Steven Dixson. Defendant Donald Schrack is represented by Natalie Heineman and Nicole Morrow. The remaining Defendants are represented by James King and Timothy Durkin.

//

**ORDER SUBSTITUTING PARTIES FOR UNITED STATES; GRANTING MOTION TO DISMISS UNITED STATES; REMANDING ACTION** ~ 2

Plaintiff originally filed this action for medical malpractice in Franklin County Superior Court. The United States removed the action pursuant to 42 U.S.C. § 233(c) because Plaintiff's Complaint involved allegations against commissioned employees of a federally funded health facility who were deemed by the U.S. Department of Health and Human Services to have acting within the course and scope of employment with Defendant Columbia Basin health Association (CBHA). ECF No. 1. On March 7, 2023, the United States filed a Motion for Substitution of Parties, ECF No. 8, and subsequently filed an Amended Notice of Substitution of Parties, ECF No. 13, asking the Court to substitute it for Defendants CBHA, Othello Family Dental Clinic, Dr. Ji Choi, DDS, and Dr. Aleta Cheek, DDS.

Recognizing that her claims against the federal Defendants were now time-barred, Plaintiff moved to dismiss the claims against the federal Defendants from her Complaint. She then moved to remand the case back to Franklin County Superior Court because the basis for federal jurisdiction was eliminated by the dismissal of those Defendants.

Here, judicial economy would be better served by permitting Plaintiff to dismiss the federal Defendants and remanding this action back to Franklin County Superior Court. *See Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001) ("A district court should grant a motion for voluntary dismissal . . . unless a defendant can show that it will suffer some plain legal prejudice as a result."). The federal Defendants have not shown that they will suffer any prejudice as a result. The Court declines to exercise subject matter jurisdiction over the remaining state law claims and Defendants.

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States' Notice of Substitution, ECF Nos. 8 and 13, are **GRANTED**.

2. The Clerk of Court is directed to **substitute** the United States for the

**ORDER SUBSTITUTING PARTIES FOR UNITED STATES; GRANTING MOTION TO DISMISS UNITED STATES; REMANDING ACTION ~ 3**

following Defendants: Columbia Basin Health Association, Othello Family Dental Clinic, Dr. Ji Choi, DDS, and Dr. Aleta Cheek, DDS. These Defendants are **dismissed** from this action with prejudice.

3. Plaintiff's Motion to Dismiss Claim Against Defendant HHS, ECF No. 4, is **GRANTED**. The United States is **dismissed** from this action with prejudice.

4. Plaintiff's Motion to Remand, ECF No. 5, is **GRANTED**. The above-captioned case is **REMANDED** to Franklin County Superior Court.

5. The United States' Motion to Dismiss for Lack of Jurisdiction, ECF No. 9, is **DENIED**, as moot.

6. The United States' Motion for Summary Judgment, ECF No. 12, is **DENIED**, as moot.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 5th day of April 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER SUBSTITUTING PARTIES FOR UNITED STATES; GRANTING MOTION TO DISMISS UNITED STATES; REMANDING ACTION ~ 4**